# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DCR MORTAGE 7 SUB 1, LLC

VERSUS

LEGENDS SQUARE, LLC, MICHAEL
D. KIMBLE, MITCHELL W.
KIMBLE, KIMBLE DEVELOPMENT,
LLC, AND HORACE L. MITCHELL

NO.  2022 CW 0234

**MAY 16, 2022**

---

In Re:    DCR Mortage 7 Sub 1, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 691,062.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** Following a hearing on plaintiff/relator, DCR Mortgage 7 Sub 1, LLC's, Motion for New Trial, an Amended Judgment on Amended Motion for Summary Judgment was issued by the district court on April 26, 2022. Under the circumstances, relator's writ application is denied as moot as any supervisory review sought from this court should concern the April 26, 2022 amended judgment. Additionally, in order for relator to timely seek review, a notice of intent must be filed with the district court within thirty days of the date of notice of that amended judgment. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 & 4-3.

PMc
JEW

**Theriot, J.,** dissents and would consider the merits of the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT